**Electronically Filed
Supreme Court
SCWC-11-0000641
25-FEB-2015
07:58 AM**

SCWC-11-0000641

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————————————

CINDY CHURAN KODAMA,
Petitioner/Plaintiff-Appellee,

vs.

ALAN HARUO KODAMA,
Respondent/Defendant-Appellant.

———————————————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000641; FC-D NO. 08-1-2862)

ORDER DISMISSING MOTION TO DISMISS APPLICATION FOR WRIT OF
CERTIORARI
(By: McKenna, J.)

It appearing that the order dismissing application for writ of certiorari in the above-referenced matter was filed on February 10, 2015,

IT IS HEREBY ORDERED that Respondent/Defendant-Appellant's motion to dismiss application for writ of certiorari, filed January 29, 2015, and Petitioner/Plaintiff-Appellee's memorandum in opposition, filed on February 3, 2015, are dismissed as moot.

DATED: Honolulu, Hawaiʻi, February 25, 2015.

Peter Van Name Esser and
Edward Lebb for respondent

R. Steven Geshell
for petitioner

/s/ Sabrina S. McKenna

Associate Justice